396 A.2d 841

Pozzi v. Chiodo, et ux., Appellants, et al.

Chiodo, et ux., Appellants, v. First Federal Savings and Loan Association of Carnegie et al.

Argued October 25, 1978. Michael T. Stubna, for appellants; John H. Corbett, Jr., submitted a brief for appellee, Pozzi; John R. Luke, for appellee, First Federal Savings and Loan Association of Carnegie.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Orders affirmed.